The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DR. CHRISTOPH BÖLLING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DENDREON CORPORATION, MITCHELL H. GOLD, M.D., GREGORY T. SCHIFFMAN and HANS E. BISHOP, <br><br> Defendants. | Case No. 2:13-CV-872 JLR <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by undersigned counsel for the parties that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims in the above-captioned case should be DISMISSED as to Defendant Dendreon Corporation, with prejudice and without an award of costs or fees. Entry of this Order will moot Plaintiffs' Motion to Sever Claims, which was filed on February 23, 2015 and noted for March 13, 2015. Plaintiffs therefore withdraw the motion.

Stipulated to and presented on this 7th day of May, 2015.

Page 1 - STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANT DENDREON CORP.
Case No. 2:13-CV-872 JLR

SLINDE NELSON STANFORD
4400 Two Union Square
601 Union Street
Seattle, WA 98101
Tel: 206.237.0020

HUNG G. TA, ESQ. PLLC
250 Park Ave., 7th Floor
New York, NY 10177
Tel: 646-453-7290

DATED: May 7, 2015.

SLINDE NELSON STANFORD

By: ~~/s/ Christina Haring-Larson~~
    Christina Haring-Larson, WSBA No. 30121
    *Of Attorneys for Plaintiffs, Local Counsel*

HUNG G. TA, ESQ. PLLC

By:     /s/ Hung G. Ta
    Hung G. Ta, Esq., NYSBA No. 3972544
    JooYun Kim, Esq., NYSBA No. 4041851
    Natalia D. Williams, Esq. NYSBA No. 4142352
    250 Park Avenue, 7th Floor
    New York, New York 10177
    Tel: (646) 453-7288
    Fax: (646) 453-7289
    *Of Attorneys for Plaintiffs*
    *Admitted Pro Hac Vice*

KYROS LAW OFFICES

By:     /s/ K. William Kyros
    K. William Kyros, MASBA No. 634442
    17 Miles Road
    Hingham, MA 02043
    *Of Attorneys for Plaintiffs*
    *Admitted Pro Hac Vice*

Page 2 - STIPULATION AND
[PROPOSED] ORDER OF DISMISSAL
OF DEFENDANT DENDREON CORP.
Case No. 2:13-CV-872 JLR

SLINDE NELSON STANFORD
4400 Two Union Square
601 Union Street
Seattle, WA 98101
Tel: 206.237.0020

HUNG G. TA, ESQ. PLLC
250 Park Ave., 7th Floor
New York, NY 10177
Tel: 646-453-7290

DATED: May 7, 2015.

                              SIDLEY AUSTIN LLP

                              By: /s/ Robin E. Wechkin
                              Robin E. Wechkin
                              401 Fifth Avenue, Suite 4200
                              Seattle, WA 98104
                              Tel: (206) 262-7683
                              Email: rwechkin@sidley.com

                              Norman J. Blears (*pro hac vice*)
                              1001 Page Mill Road, Building 1
                              Palo Alto, CA 94304
                              Tel: (650) 565-7103
                              Email: nblears@sidley.com

                              Michael L. Charlson (*pro hac vice*)
                              Vinson & Elkins LLP
                              525 Market Street, Suite 2750
                              San Francisco, CA 94105
                              Tel: (415) 979-6900
                              Email: mcharlson@velaw.com

                              *Attorneys for Defendants*

Page 3 - STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANT DENDREON CORP.
Case No. 2:13-CV-872 JLR

SLINDE NELSON STANFORD
4400 Two Union Square
601 Union Street
Seattle, WA 98101
Tel: 206.237.0020

HUNG G. TA, ESQ. PLLC
250 Park Ave., 7th Floor
New York, NY 10177
Tel: 646-453-7290

**ORDER**

The parties having so stipulated and agreed, it is hereby ORDERED that all the claims in the above-referenced case should be DISMISSED as to Defendant Dendreon Corporation, with prejudice and without an award of costs or fees. The Clerk is directed to send copies of this order to all counsel of record.

DATED this 7th day of May, 2015.

_____
The Honorable James L. Robart
United States District Judge

Page 4 - STIPULATION AND
[PROPOSED] ORDER OF DISMISSAL
OF DEFENDANT DENDREON CORP.
Case No. 2:13-CV-872 JLR

SLINDE NELSON STANFORD
4400 Two Union Square
601 Union Street
Seattle, WA 98101
Tel: 206.237.0020

HUNG G. TA, ESQ. PLLC
250 Park Ave., 7th Floor
New York, NY 10177
Tel: 646-453-7290

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **STIPULATION AND PROPOSED ORDER OF DISMISSAL** on:

Ms. Robin E. Wechkin
Mr. Norman J. Blears
Sidley Austin LLP
1001 Page Mill Road
Building One
Palo Alto, CA 94301
*Of Attorneys for Defendants*

by the following indicated method(s):

☐ by **faxing** full, true, and correct copies thereof to said attorney to the fax number noted above, which is the last known fax number for said attorney, on the date set forth below.

☐ by **emailing** full, true, and correct copies thereof to said attorney to the email address noted above, which is the last known email address for said attorney, on the date set forth below.

☒ by notice of electronic filing using the CM/ECF system (LR 100.7(a)(2)).

☐ by causing full, true and correct copies thereof to be **mailed** to the attorney(s) at the attorney(s) last-known office address(es) listed above on the date set forth below.

DATED: May 7, 2015.

SLINDE NELSON STANFORD

By: /s/ Christina Haring-Larson
Christina Haring-Larson, WSBA No. 30121
Darian A. Stanford, WSBA No. 44604
*Of Attorneys for Plaintiffs, Local Counsel*

HUNG G. TA, ESQ. PLLC

By: /s/ Hung G. Ta
Hung G. Ta, NYSBA No. 3972544
*Of Attorneys for Plaintiffs*
*Admitted Pro Hac Vice*

KYROS LAW OFFICES

By: /s/ K. William Kyros
K. William Kyros, MASBA No. 634442
*Of Attorneys for Plaintiffs*
*Admitted Pro Hac Vice*

Page 1 – **CERTIFICATE OF SERVICE**
Case No. 2:13-CV-872 JLR

**SLINDE NELSON STANFORD**
4400 Two Union Square
601 Union Street
Seattle, WA 98101
p. 206.237.0020